Commonwealth *v.* Hodge, Appellant.

Submitted September 9, 1968. *Cassandra Maxwell Birnie*, for appellant; *Joseph M. Hamilton* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Hurley, Appellant.

Submitted September 9, 1968. *Joseph R. Danella*, for appellant; *Samuel T. Swansen* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.